# Exhibit A

**Registered Aerie Marks**

| Reg. No. | Trademark | Reg. Date. |
|---|---|---|
| 3419683 | AERIE | Apr. 29, 2008 |
| 3486591 | AERIE | Aug. 12, 2008 |
| 3503212 | AERIE | Sep. 16, 2008 |
| 3552194 | AERIE | Dec. 23, 2008 |
| 3584874 | AERIE | Mar. 03, 2009 |

| Reg. No. | Trademark | Reg. Date. |
|---|---|---|
| 3610524 | AERIE | Apr. 21, 2009 |
| 3648780 | MERRY AERIE | Jun. 30, 2009 |
| 3684398 | AERIE SOFTEST | Sep. 15, 2009 |
| 3776357 | AERIE | Apr. 13, 2010 |
| 3788744 | AERIE | May 11, 2010 |

2

| Reg. No. | Trademark | Reg. Date. |
|---|---|---|
| 3812163 | AERIE | Jun. 29, 2010 |
| 3812255 | AERIE | Jun. 29, 2010 |
| 3822309 | AERIE SOFTEST | Jul. 20, 2010 |
| 3860469 | AERIE | Oct. 12, 2010 |
| 4028458 | AERIE | Sep. 20, 2011 |

| Reg. No. | Trademark | Reg. Date. |
|---|---|---|
| 4150221 | AERIE | May 29, 2012 |
| 4499597 | AERIE | Mar. 18, 2014 |
| 4796191 | AERIE ANYTIME | Aug. 18, 2015 |
| 4871881 | AERIE | Dec. 15, 2015 |
| 5700951 | #AERIEREAL | Mar. 19, 2019 |

| Reg. No. | Trademark | Reg. Date. |
|---|---|---|
| 5701555 | #AERIE REAL | Mar. 19, 2019 |
| 6323823 | AERIEREAL PERIOD | Apr. 13, 2021 |
| 6441864 | REAL REWARDS BY AMERICAN EAGLE & AERIE | Aug. 03, 2021 |
| 6442371 | AERIE | Aug. 03, 2021 |
| 6577752 | OFFLEASH BY AERIE | Nov. 30, 2021 |

5

| Reg. No. | Trademark | Reg. Date. |
|---|---|---|
| 6739081 | REAL REWARDS BY AMERICAN EAGLE & AERIE | May 24, 2022 |
| 6859898 | OFFLINE BY AERIE | Sep. 27, 2022 |
| 6873951 | MAMA BY AERIE | Oct. 11, 2022 |
| 6914562 | SMOOTHEZ BY AERIE | Nov. 29, 2022 |

| Reg. No. | Trademark | Reg. Date. |
|---|---|---|
| 6969974 | AerieREAL VOICES | Jan. 31, 2023 |
| 7236963 | OFFLINE BY AERIE | Dec. 05, 2023 |
| 7246554 | AERIE REAL FOUNDATION | Dec. 19, 2023 |
| 7504207 | OFFLINE by Aerie | Sep. 10, 2024 |