# Exhibit B

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

United States Patent and Trademark Office

Reg. No. 3,419,683
Registered Apr. 29, 2008

## TRADEMARK
### PRINCIPAL REGISTER

## AERIE

RETAIL ROYALTY COMPANY (NEVADA COR-
PORATION)
101 CONVENTION CENTER DRIVE
LAS VEGAS, NV 89109

   FOR: COSMETICS, SCENTED LOTIONS AND
MOISTURIZERS FOR THE BODY AND SKIN AND
BATH GELS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND
52).

FIRST USE 11-23-2007; IN COMMERCE 11-23-2007.

SN 78-225,374, FILED 3-13-2003.

SOPHIA S. KIM, EXAMINING ATTORNEY

Int. Cls.: 14, 18, 25, and 35

Prior U.S. Cls.: 1, 2, 3, 22, 27, 28, 39, 41, 50, 100, 101, and 102

United States Patent and Trademark Office

Reg. No. 3,486,591
Registered Aug. 12, 2008

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER

# AERIE

RETAIL ROYALTY COMPANY (NEVADA COR-
PORATION)
101 CONVENTION CENTER DRIVE
LAS VEGAS, NV 89109

FOR: JEWELRY, NAMELY, JEWELRY, IN CLASS
14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 7-0-2007; IN COMMERCE 7-0-2007.

FOR: GYM BAGS, TOTE BAGS, AND TOILETRY
CASES SOLD EMPTY, IN CLASS 18 (U.S. CLS. 1, 2, 3,
22 AND 41).

FIRST USE 10-0-2006; IN COMMERCE 10-0-2006.

FOR: CLOTHING, AND CLOTHING ACCESSOR-
IES, NAMELY, BELTS, BOTTOMS, GYM SUITS,
TOPS, LINGERIE, LOUNGEWEAR, PANTS, ROBES,
SCARVES, SHIRTS, SHORTS, SKIRTS, SLEEP
WEAR, SLIPPERS, SWEATERS, UNDERWEAR,
FOOTWEAR, SOCKS, NAMELY, SHOES, SANDALS,
HEADWEAR, NAMELY, HEADBANDS, HATS,
SWEATBANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-6-2006; IN COMMERCE 9-6-2006.

FOR: RETAIL STORE SERVICES, MAIL ORDER
SERVICES, CATALOG ORDERING SERVICES, AND
ELECTRONIC RETAIL STORE SERVICES USING A
GLOBAL COMPUTER AND/OR COMMUNICA-
TIONS NETWORK, ALL IN THE FIELD OF WEAR-
ING APPAREL, CLOTHING, CLOTHING
ACCESSORIES, FOOTWEAR, HEADWEAR, ATH-
LETIC BAGS, PURSES, COSMETICS, PERSONAL
CARE PRODUCTS, CANDLES, AND JEWELRY, IN
CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-6-2006; IN COMMERCE 9-6-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-980,065, FILED 8-19-2005.

ALICE BENMAMAN, EXAMINING ATTORNEY

**Int. Cl.: 3**

**Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52**

**United States Patent and Trademark Office**

**Reg. No. 3,503,212**

Registered Sep. 16, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# AERIE

RETAIL ROYALTY COMPANY (NEVADA COR-
PORATION)
101 CONVENTION CENTER DRIVE
LAS VEGAS, NV 89109

FOR: SKIN CREAM, FRAGRANCES FOR PERSO-
NAL USE, AND LIQUID SOAPS FOR HANDS, FACE
AND BODY, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND
52).

FIRST USE 11-23-2007; IN COMMERCE 11-23-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-980,489, FILED 3-17-2006.

SOPHIA S. KIM, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,552,194

Registered Dec. 23, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# AERIE

RETAIL ROYALTY COMPANY (NEVADA COR-
PORATION)
101 CONVENTION CENTER DRIVE
LAS VEGAS, NV 89109

FOR: FINANCIAL AND FINANCIALLY-RELA-
TED SERVICES, NAMELY, STORED-VALUE CARD
SERVICES, ELECTRONIC FUNDS TRANSFER SER-
VICES, ELECTRONIC PAYMENT SERVICES, AND
POINT OF SALE AND POINT OF TRANSACTION
ELECTRONIC PAYMENT SERVICES, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-980,734, FILED 11-11-2005.

KAREN BRACEY, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

**United States Patent and Trademark Office**

Reg. No. 3,584,874

Registered Mar. 3, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# AERIE

RETAIL ROYALTY COMPANY (NEVADA COR-
PORATION)
101 CONVENTION CENTER DRIVE
LAS VEGAS, NV 89109

FOR: PERSONAL CARE PRODUCTS, NAMELY,
BODY CREAM, BODY POWDER, COSMETIC COM-
PACTS, SUN SCREEN PREPARATIONS; AND FRA-
GRANCES, NAMELY, PERFUME, IN CLASS 3 (U.S.
CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 4-1-2008; IN COMMERCE 4-1-2008.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-980,845, FILED 3-17-2006.

SOPHIA S. KIM, EXAMINING ATTORNEY

**Int. Cls.: 18 and 25**

**Prior U.S. Cls.: 1, 2, 3, 22, 39, and 41**

**United States Patent and Trademark Office**

**Reg. No. 3,610,524**

Registered Apr. 21, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# AERIE

RETAIL ROYALTY COMPANY (NEVADA COR-
PORATION)
101 CONVENTION CENTER DRIVE
LAS VEGAS, NV 89109

FOR: DRAWSTRING POUCHES, COIN PURSES,
AND UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22
AND 41).

FIRST USE 10-0-2007; IN COMMERCE 10-0-2007.

FOR: RAINWEAR, IN CLASS 25 (U.S. CLS. 22 AND
39).

FIRST USE 7-0-2008; IN COMMERCE 7-0-2008.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-980,604, FILED 8-19-2005.

ALICE BENMAMAN, EXAMINING ATTORNEY

**Int. Cls.: 25 and 35**

**Prior U.S. Cls.: 22, 39, 100, 101, and 102**

**United States Patent and Trademark Office**

**Reg. No. 3,648,780**

Registered June 30, 2009

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

# MERRY AERIE

RETAIL ROYALTY COMPANY (NEVADA COR-
PORATION)
101 CONVENTION CENTER DRIVE
LAS VEGAS, NV 89109

FOR: CLOTHING, NAMELY, SLEEPWEAR, AND
UNDERWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-2008; IN COMMERCE 11-0-2008.

FOR: RETAIL CLOTHING STORE AND ONLINE
RETAIL CLOTHING STORE SERVICES, IN CLASS
35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-0-2008; IN COMMERCE 11-0-2008.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,419,683.

SN 77-977,276, FILED 4-22-2008.

JUDITH HELFMAN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# AERIE SOFTEST

**Reg. No. 3,684,398** RETAIL ROYALTY COMPANY (NEVADA CORPORATION)
Registered Sep. 15, 2009 101 CONVENTION CENTER DRIVE
LAS VEGAS, NV 89109

**Int. Cl.: 25** FOR: CLOTHING, NAMELY, HOSIERY, SHIRTS, UNDERWEAR, LINGERIE, SLEEPWEAR
AND ROBES, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK** FIRST USE 10-0-2006; IN COMMERCE 10-0-2006.
**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SOFTEST", APART FROM THE
MARK AS SHOWN.

SN 77-977,238, FILED 8-31-2007.

MATTHEW MCDOWELL, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# AERIE

**Reg. No. 3,776,357**

**Registered Apr. 13, 2010**

RETAIL ROYALTY COMPANY (NEVADA CORPORATION)
101 CONVENTION CENTER DRIVE
LAS VEGAS, NV 89109

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: PERSONAL CARE PRODUCTS, NAMELY, SHAVING CREAM, BATH POWDER, DE-ODORANTS AND ANTIPERSPIRANTS, EMERY BOARDS, NAIL POLISH, SUN BLOCK PREPARATIONS; FRAGRANCES, NAMELY, COLOGNE, EAU DE TOILETTE, AND EAU DE PARFUM, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 10-0-2008; IN COMMERCE 10-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-840,084, FILED 3-17-2006.

SOPHIA S. KIM, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

# AERIE

**Reg. No. 3,788,744**
**Registered May 11, 2010**

**Int. Cls.: 18, 25, and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

RETAIL ROYALTY COMPANY (NEVADA CORPORATION)
101 CONVENTION CENTER DRIVE
LAS VEGAS, NV 89109

FOR: BEACH BAGS, PURSES, AND WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 11-0-2008; IN COMMERCE 11-0-2008.

FOR: WEARING APPAREL, CLOTHING, AND CLOTHING ACCESSORIES, NAMELY, BEACHWEAR, FOUL WEATHER GEAR, JACKETS, SWEATSHIRTS, AND SWIMWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-2006; IN COMMERCE 9-0-2006.

FOR: RETAIL STORE SERVICES, MAIL ORDER SERVICES, AND ELECTRONIC RETAIL STORE SERVICES USING A GLOBAL COMPUTER AND/OR COMMUNICATIONS NET-WORK, ALL IN THE FIELD OF WAISTPACKS, WALLETS, PERFUME AND FRAGRANCES, TOILETRIES, SUNGLASSES, AND SPORTING GOODS , IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-0-2008; IN COMMERCE 4-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-696,571, FILED 8-19-2005.

ALICE BENMAMAN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# AERIE

**Reg. No. 3,812,163**
**Registered June 29, 2010**

RETAIL ROYALTY COMPANY (NEVADA CORPORATION)
101 CONVENTION DRIVE
LAS VEGAS, NV 89109

**Int. Cl.: 36**

FOR: FINANCIAL, FINANCIALLY-RELATED, ELECTRONIC AND ONLINE-IMPLEMENTED FINANCIAL, AND CARD-IMPLEMENTED SERVICES, NAMELY, CHARGE CARD SERVICES AND CREDIT CARD SERVICES , IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK**

FIRST USE 1-1-2010; IN COMMERCE 1-1-2010.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,552,194.

SN 77-845,295, FILED 10-9-2009.

JOHN GARTNER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# AERIE

**Reg. No. 3,812,255**
**Registered June 29, 2010**

RETAIL ROYALTY COMPANY (NEVADA CORPORATION)
101 CONVENTION CENTER DRIVE
LAS VEGAS, NV 89109

**Int. Cls.: 16 and 24**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: PAPER, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-0-2009; IN COMMERCE 1-0-2009.

FOR: TOWELS , IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 2-24-2010; IN COMMERCE 2-24-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-955,007, FILED 8-18-2006.

JULIE GUTTADAURO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

## AERIE SOFTEST

**Reg. No. 3,822,309**

**Registered July 20, 2010**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

RETAIL ROYALTY COMPANY (NEVADA CORPORATION)
101 CONVENTION CENTER DRIVE
LAS VEGAS, NV 89109

FOR: CLOTHING, NAMELY, SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-28-2010; IN COMMERCE 4-28-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SOFTEST", APART FROM THE
MARK AS SHOWN.

SN 77-269,937, FILED 8-31-2007.

MATTHEW MCDOWELL, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# AERIE

**Reg. No. 3,860,469**
**Registered Oct. 12, 2010**

RETAIL ROYALTY COMPANY (NEVADA CORPORATION)
101 CONVENTION CENTER DRIVE
LAS VEGAS, NV 89109

**Int. Cl.: 9**

FOR: SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-2009; IN COMMERCE 1-0-2009.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-951,366, FILED 3-5-2010.

GEORGE LORENZO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

### United States Patent and Trademark Office

# AERIE

**Reg. No. 4,028,458**

**Registered Sep. 20, 2011**

**Int. Cls.: 25 and 26**

**TRADEMARK**

**PRINCIPAL REGISTER**

RETAIL ROYALTY COMPANY (NEVADA CORPORATION)
101 CONVENTION CENTER
LAS VEGAS, NV 89109

FOR: LINGERIE ACCESSORIES, NAMELY, REMOVABLE BREAST ENHANCER PADS USED IN A BRA; SELF-ADHESIVE NIPPLE COVERS FOR BREASTS, SELF-ADHESIVE BRA CUPS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-0-2009; IN COMMERCE 4-0-2009.

FOR: BODY AND CLOTHING TAPE, NAMELY, ADHESIVE TAPE TO KEEP CLOTHING IN PLACE, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 4-0-2009; IN COMMERCE 4-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,419,683, 3,776,357 AND OTHERS.

SER. NO. 85-245,171, FILED 2-17-2011.

FONG HSU, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# AERIE

**Reg. No. 4,150,221**

**Registered May 29, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

RETAIL ROYALTY COMPANY (NEVADA CORPORATION)
101 CONVENTION CENTER
LAS VEGAS, NV 89109

FOR: DOWNLOADABLE SOFTWARE IN THE NATURE OF A MOBILE DEVICE APPLICA-
TION PROVIDING CUSTOMERS AN ENHANCED SHOPPING EXPERIENCE FEATURING
TREND INFORMATION, PRODUCT REVIEWS AND RECOMMENDATIONS, SPECIAL
OFFERS AND LOYALTY PROGRAM POINTS AND THE ABILITY TO SCAN PRODUCTS
FOR PURCHASE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-6-2011; IN COMMERCE 10-6-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,481,218, 3,488,498, AND 3,860,469.

SER. NO. 85-451,711, FILED 10-20-2011.

VIVIAN MICZNIK FIRST, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# AERIE

**Reg. No. 4,499,597**

**Registered Mar. 18, 2014**

**Int. Cl.: 26**

**TRADEMARK**

**PRINCIPAL REGISTER**

RETAIL ROYALTY COMPANY (NEVADA CORPORATION)
101 CONVENTION CENTER DRIVE
LAS VEGAS, NV 89109

FOR: HAIR ACCESSORIES, NAMELY, HAIR TIES AND BOBBY PINS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 7-7-2013; IN COMMERCE 7-7-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,419,683, 4,028,458, AND OTHERS.

SN 85-971,971, FILED 6-27-2013.

WENDELL PHILLIPS, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

# AERIE ANYTIME

**Reg. No. 4,796,191**
**Registered Aug. 18, 2015**

RETAIL ROYALTY COMPANY (NEVADA CORPORATION)
101 CONVENTION CENTER
LAS VEGAS, NV 89109

**Int. Cls.: 25 and 35**

FOR: BOTTOMS; BRAS; LOUNGEWEAR; TOPS; UNDERWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**

FIRST USE 1-9-2015; IN COMMERCE 1-9-2015.

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: ON-LINE RETAIL STORE SERVICES FEATURING A WIDE VARIETY OF CLOTHING GOODS; RETAIL STORE SERVICES FEATURING A WIDE VARIETY OF CLOTHING GOODS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-9-2015; IN COMMERCE 1-9-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,486,591, 3,788,744, AND OTHERS.

SN 86-223,373, FILED 3-17-2014.

YAT SYE, LEE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# AERIE

**Reg. No. 4,871,881**

**Registered Dec. 15, 2015**

**Int. Cl.: 24**

**TRADEMARK**

**PRINCIPAL REGISTER**

RETAIL ROYALTY COMPANY (NEVADA CORPORATION)
101 CONVENTION CENTER DRIVE
LAS VEGAS, NV 89109

FOR: BLANKETS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 11-0-2014; IN COMMERCE 11-0-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,486,591, 3,812,255, AND 3,874,841.

SN 86-475,385, FILED 12-9-2014.

AISHA CLARKE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# #AERIEREAL

**Reg. No. 5,700,951**

**Registered Mar. 19, 2019**

**Int. Cl.: 3, 18, 24, 35**

**Service Mark**

**Trademark**

**Principal Register**

Retail Royalty Company  (NEVADA CORPORATION)
101 Convention Center Drive
Las Vegas, NEVADA 89109

CLASS 3: Fragrances

FIRST USE 2-00-2018; IN COMMERCE 2-00-2018

CLASS 18: Tote bags; all-purpose carrying bags; athletic bags

FIRST USE 7-00-2016; IN COMMERCE 7-00-2016

CLASS 24: Beach blankets

FIRST USE 3-00-2016; IN COMMERCE 3-00-2016

CLASS 35: Retail store services, mail order services, and electronic retail store services using a global computer and/or communications network, all in the field of wearing apparel, clothing, clothing accessories, headwear, tote bags, all-purpose carrying bags, athletic bags, perfume and fragrances, cosmetics, personal care products

FIRST USE 1-00-2014; IN COMMERCE 1-00-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3419683, 3486591, 3788744

SER. NO. 87-811,997, FILED 02-27-2018

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# #AERIE REAL

**Reg. No. 5,701,555**

**Registered Mar. 19, 2019**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Retail Royalty Company  (NEVADA CORPORATION)
101 Convention Center Drive
Las Vegas, NEVADA 89109

CLASS 21: Water bottles sold empty

FIRST USE 9-00-2016; IN COMMERCE 9-00-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3419683, 3486591, 3788744

SER. NO. 87-978,854, FILED 02-27-2018



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# AERIEREAL PERIOD

**Reg. No. 6,323,823**

**Registered Apr. 13, 2021**

**Int. Cl.: 5, 25**

**Trademark**

**Principal Register**

Retail Royalty Company  (NEVADA CORPORATION)
101 Convention Center Drive
Las Vegas, NEVADA 89109

CLASS 5: Sanitary panties

FIRST USE 1-23-2021; IN COMMERCE 1-23-2021

CLASS 25: Women's panties, undergarments, and underwear

FIRST USE 1-23-2021; IN COMMERCE 1-23-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3486591, 3788744, 3742978

No claim is made to the exclusive right to use the following apart from the mark as shown: "PERIOD"

SER. NO. 88-820,078, FILED 03-04-2020







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

## REAL REWARDS BY AMERICAN EAGLE & AERIE

**Reg. No. 6,441,864**

**Registered Aug. 03, 2021**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Retail Royalty Company  (NEVADA CORPORATION)
101 Convention Center Drive
Las Vegas, NEVADA 89109

CLASS 35: Providing a customer loyalty program to promote the sale of clothing, apparel, accessories, bags, backpacks, jewelry, watches, sunglasses, fragrances, cosmetics and personal care products

FIRST USE 6-22-2020; IN COMMERCE 6-22-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 1893331, 3812163

No claim is made to the exclusive right to use the following apart from the mark as shown: "REWARDS"

SER. NO. 88-641,925, FILED 10-04-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# AERIE

**Reg. No. 6,442,371**

**Registered Aug. 03, 2021**

**Int. Cl.: 10**

**Trademark**

**Principal Register**

Retail Royalty Company  (NEVADA CORPORATION)
101 Convention Center Drive
Las Vegas, NEVADA 89109

CLASS 10: Respiratory masks for medical purposes; sanitary masks for medical wellness purposes

FIRST USE 6-00-2020; IN COMMERCE 6-00-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4150221, 3486591, 3860469

SER. NO. 88-909,679, FILED 05-11-2020







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# OFFLEASH BY AERIE

**Reg. No. 6,577,752**

**Registered Nov. 30, 2021**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Retail Royalty Company  (NEVADA CORPORATION)
101 Convention Center Drive
Las Vegas, NEVADA 89109

CLASS 18: Pet apparel, pet clothing

FIRST USE 9-22-2020; IN COMMERCE 9-22-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3486591, 3610524, 3788744

SER. NO. 90-156,209, FILED 09-03-2020







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

## REAL REWARDS BY AMERICAN EAGLE & AERIE

**Reg. No. 6,739,081**

**Registered May 24, 2022**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

Retail Royalty Company (NEVADA CORPORATION)
101 Convention Center Drive
Las Vegas, NEVADA 89109

CLASS 36: Issuance of credit cards

FIRST USE 6-22-2020; IN COMMERCE 6-22-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 1893331, 3846442, 3660634

No claim is made to the exclusive right to use the following apart from the mark as shown: "REWARDS"

SER. NO. 90-798,010, FILED 06-28-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# OFFLINE BY AERIE

**Reg. No. 6,859,898**
**Registered Sep. 27, 2022**
**Int. Cl.: 9, 14, 18, 25, 35**
**Service Mark**
**Trademark**
**Principal Register**

Retail Royalty Company  (NEVADA CORPORATION)
101 Convention Center Drive
Las Vegas, NEVADA 89109

CLASS 9: Sunglasses; downloadable software in the nature of a mobile application for providing customers an enhanced shopping experience featuring trend information, product reviews and recommendations, special offers, loyalty program points and the ability to scan products for purchase

FIRST USE 7-27-2020; IN COMMERCE 7-27-2020

CLASS 14: Jewelry

FIRST USE 7-27-2020; IN COMMERCE 7-27-2020

CLASS 18: Gym bags, tote bags, toiletry cases sold empty, drawstring pouches, coin purses, beach bags, purses, wallets, and umbrellas

FIRST USE 7-27-2020; IN COMMERCE 7-27-2020

CLASS 25: Clothing and clothing accessories, namely, belts, bottoms, gym suits, tops, lingerie, loungewear, pants, robes, scarves, shirts, shorts, skirts, sleep wear, slippers, sweaters, underwear; headwear, namely, headbands, hats, sweatbands; bras; leggings; socks; hosiery; beachwear; foul weather gear; jackets; sweatshirts; swimwear; lingerie accessories, namely, removable breast enhancer pads used in a bra; self-adhesive nipple covers for breasts; self-adhesive bra cups

FIRST USE 7-27-2020; IN COMMERCE 7-27-2020

CLASS 35: Retail store services featuring a wide variety of clothing; on-line retail store services featuring a wide variety of clothing

FIRST USE 7-27-2020; IN COMMERCE 7-27-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3486591, 3610524, 3860469

SER. NO. 88-668,981, FILED 10-25-2019



*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



# United States of America

## United States Patent and Trademark Office

# MAMA BY AERIE

**Reg. No. 6,873,951**

**Registered Oct. 11, 2022**

**Int. Cl.: 5, 25**

**Trademark**

**Principal Register**

Retail Royalty Company  (NEVADA CORPORATION)
101 Convention Center Drive
Las Vegas, NEVADA 89109

CLASS 5: Breast nursing pads

FIRST USE 4-12-2022; IN COMMERCE 4-12-2022

CLASS 25: Maternity clothing, namely, bras, bralettes, tops as clothing

FIRST USE 4-12-2022; IN COMMERCE 4-12-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3419683, 4028458, 3486591

SER. NO. 90-709,112, FILED 05-13-2021



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# SMOOTHEZ BY AERIE

**Reg. No. 6,914,562**

**Registered Nov. 29, 2022**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Retail Royalty Company  (NEVADA CORPORATION)
101 Convention Center Drive
Las Vegas, NEVADA 89109

CLASS 25: Clothing, namely, tops as clothing, bottoms as clothing, lingerie, bralettes, bras, underwear, bike shorts

FIRST USE 7-21-2022; IN COMMERCE 7-21-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4028458, 3486591, 3788744

SER. NO. 97-168,680, FILED 12-13-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# AerieREAL VOICES

**Reg. No. 6,969,974**
**Registered Jan. 31, 2023**
**Int. Cl.: 35, 41**
**Service Mark**
**Principal Register**

Retail Royalty Company  (NEVADA CORPORATION)
101 Convention Center Drive
Las Vegas, NEVADA 89109

CLASS 35: Promoting public awareness in the nature of physical and mental well-being, body positivity, empowerment of women, youth, elevating community voices, advocating for diversity and inclusion

FIRST USE 8-17-2021; IN COMMERCE 8-17-2021

CLASS 41: Entertainment and education services, namely, providing motivational and educational speakers, producing and distributing digital videos, and providing online non-downloadable publications of interviews in the field of physical and mental well-being, body positivity, empowerment of women, youth, elevating community voices, advocating for diversity and inclusion

FIRST USE 8-17-2021; IN COMMERCE 8-17-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3486591, 5700951, 5915870

SER. NO. 97-000,008, FILED 08-28-2021



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# OFFLINE BY AERIE

**Reg. No. 7,236,963**

**Registered Dec. 05, 2023**

**Int. Cl.: 18, 27, 28**

**Trademark**

**Principal Register**

Retail Royalty Company  (NEVADA CORPORATION)
3883 Howard Hughes Highway
101 Convention Center Drive
Las Vegas, NEVADA 89169

CLASS 18: General purpose bags for carrying yoga equipment

FIRST USE 2-00-2021; IN COMMERCE 2-00-2021

CLASS 27: Yoga mats; yoga towels specially adapted for yoga mats; bags specially adapted for yoga mats

FIRST USE 6-00-2021; IN COMMERCE 6-00-2021

CLASS 28: Fitness equipment, namely, straps used for yoga and for carrying a yoga mat; resistance bands for fitness purposes

FIRST USE 7-00-2021; IN COMMERCE 7-00-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3486591, 3610524, 3788744

SER. NO. 90-559,708, FILED 03-04-2021



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# AERIE REAL FOUNDATION

**Reg. No. 7,246,554**
**Registered Dec. 19, 2023**
**Int. Cl.: 35, 36**
**Service Mark**
**Principal Register**

Retail Royalty Company (NEVADA CORPORATION)
101 Convention Center Drive
Las Vegas, NEVADA 89109

CLASS 35: Retail store services and online retail store services in the fields of clothing, clothing accessories, fashion accessories, lingerie accessories, bags, purses, wallets, umbrellas, footwear, headwear; promoting the interests of youth and young women by soliciting volunteers to participate in programs focused on youth development, empowerment and education, environmental conservation, and young women's health; developing and coordinating volunteer projects for charitable organizations; providing consumer information via a website in the fields of charitable services, community services, and volunteer initiatives; charitable services in support of volunteer programs or events, namely, coordination of the procurement and distribution of prepaid stored value cards

FIRST USE 10-11-2022; IN COMMERCE 10-11-2022

CLASS 36: Providing grants and financial sponsorship to programs focused on youth development, education, conservation, young women's health and community development

FIRST USE 10-11-2022; IN COMMERCE 10-11-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3486591, 5700951, 3552194

No claim is made to the exclusive right to use the following apart from the mark as shown: "FOUNDATION"

SER. NO. 97-627,528, FILED 10-11-2022

*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



# United States of America

## United States Patent and Trademark Office



**OFFLINE**
by Aerie

**Reg. No. 7,504,207**
**Registered Sep. 10, 2024**
**Int. Cl.: 18, 25, 35**
**Service Mark**
**Trademark**
**Principal Register**

Retail Royalty Company  (NEVADA CORPORATION)
3883 Howard Hughes Parkway
Las Vegas, NEVADA 89169

CLASS 18: Gym bags, tote bags, toiletry cases sold empty, drawstring pouches, coin purses, beach bags, purses, wallets, and umbrellas

FIRST USE 7-27-2020; IN COMMERCE 7-27-2020

CLASS 25: Clothing and clothing accessories, namely, belts, bottoms, gym suits, tops, lingerie, loungewear, pants, robes, scarves, shirts, shorts, skirts, sleep wear, sweaters, underwear; headwear, namely, headbands, hats, sweatbands; bras; leggings; socks; hosiery; beachwear; foul weather gear; jackets; sweatshirts; swimwear; lingerie accessories, namely, removable breast enhancer pads used in a bra; self-adhesive nipple covers for breasts, namely, pasties; self-adhesive bra cups

FIRST USE 7-27-2020; IN COMMERCE 7-27-2020

CLASS 35: Retail store services featuring a wide variety of clothing; on-line retail store services featuring a wide variety of clothing

FIRST USE 7-27-2020; IN COMMERCE 7-27-2020

The mark consists of the stylized words "OFFLINE by Aerie" below a sunburst design with randomly spaced and length rays extending outwardly from the circular center.

OWNER OF U.S. REG. NO. 6859898, 3486591, 3610524

SER. NO. 97-978,268, FILED 01-18-2023

*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**

